# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-26-00308-CR
NO. 03-26-00309-CR
NO. 03-26-00310-CR
NO. 03-26-00311-CR
NO. 03-26-00312-CR

**The State of Texas, Appellant**

**v.**

**Brent William Curry, Appellee**

---

**FROM THE 207TH DISTRICT COURT OF COMAL COUNTY
NOS. CR2020-667D, CR2022-063D, CR2024-715D, CR2025-1022D, CR2025-1023D,
THE HONORABLE DIB WALDRIP, JUDGE PRESIDING**

---

## M E M O R A N D U M   O P I N I O N

**PER CURIAM**

The State has filed a motion to consolidate its appeals in these related causes that were effectively consolidated for hearing when the trial court took judicial notice of documents in appellee Brent William Curry's related trial-court causes. The motion is granted, and the appeals are consolidated.

The issues, record, and documents in cause numbers 03-26-00308-CR, 03-26-00309-CR, 03-26-00310-CR, and 03-26-00311-CR are consolidated into cause number 03-26-00312-CR. The consolidated appeal will proceed under cause number 03-26-00312-CR, and cause numbers 03-26-00308-CR, 03-26-00309-CR, 03-26-00310-CR, and 03-26-00311-CR are

dismissed. *See Reece v. State*, No. 03-25-00433-CR, 2025 WL 3038072, at *1 n.1 (Tex. App.—Austin Oct. 31, 2025, pet. ref'd) (mem. op.) (following similar procedure).

Before Chief Justice Byrne, Justices Theofanis and Crump

03-26-00308-CR Dismissed

03-26-00309-CR Dismissed

03-26-00310-CR Dismissed

03-26-00311-CR Dismissed

03-26-00312-CR Consolidated

Filed:   April 15, 2026

Do Not Publish